AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Zachary Pearlman<br><br>*Defendant* | ) Case: 1:24-mj-00333<br>) Assigned to: Judge Upadhyaya, Moxila A.<br>) Assign Date: 10/18/2024<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Zachary Pearlman__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting, Impeding, or Resisting Certain Officers;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds ;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __10/18/2024__                      *Moxila A. Upadhyaya*
                                         Digitally signed by Moxila A. Upadhyaya
                                         Date: 2024.10.18 18:26:15 -04'00'
                                         *Issuing officer's signature*

City and state: __Washington, D.C.__      __Moxila A. Upadhyaya, U.S. Magistrate Judge__
                                         *Printed name and title*

---

### Return

This warrant was received on *(date)* __10/21/24__, and the person was arrested on *(date)* __10/24/24__
at *(city and state)* __Naples, Florida__.

Date: __10/24/24__                       __Aubrey Valentine__
                                         *Arresting officer's signature*

                                         __Aubrey D. Valentine  SA__
                                         *Printed name and title*